**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LEAH GOODMAN,<br>              Debtor. | Case No. 18-17971ELF7<br><br>Chapter 7 |

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

I hereby certify that I have completed the Financial Management Course required for discharge and hereto attach the Certification of Completion from an approved provider. I further certify that the information I have provided is true and correct.

Date:  3/8/2019                                                  _____s/_____
                                                                              LEAH GOODMAN
                                                                              Debtor