### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leah A. Goodman aka Leah A. Goodman-Turner <br>                                        Debtor(s) | CHAPTER 7 |
| MIDFIRST BANK <br>                                        Movant <br> vs. | NO. 18-17971 ELF |
| Leah A. Goodman aka Leah A. Goodman-Turner <br>                                        Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert <br>                                        Trustee | |

## **ORDER**

      AND NOW, this 28th day of March, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362 is **modified** with respect to the subject premises located at 1009 Arrott Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**