United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17971-elf
Leah A. Goodman                                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 1    Date Rcvd: Mar 28, 2019
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
db             +Leah A. Goodman,    1009 Arrott Street,    Philadelphia, PA 19124-3114
14253889       +MidFirst Bank,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      MICHAEL A. CATALDO2    on behalf of Debtor Leah A. Goodman ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Leah A. Goodman ecf@ccpclaw.com, igotnotices@ccpclaw.com
      PEARL PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
      REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Leah A. Goodman aka Leah A. Goodman-Turner<br>　　　　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| MIDFIRST BANK<br>　　　　　　　　　　　　　　　Movant<br>　　vs. | NO. 18-17971 ELF |
| Leah A. Goodman aka Leah A. Goodman-Turner<br>　　　　　　　　　　　　　　　Debtor(s)<br><br>Christine C. Shubert<br>　　　　　　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 28th day of March, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362 is **modified** with respect to the subject premises located at 1009 Arrott Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**