United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17971-elf
Leah A. Goodman                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi            Page 1 of 1            Date Rcvd: Jan 23, 2020
                                Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
db              #+Leah A. Goodman,    1009 Arrott Street,   Philadelphia, PA 19124-3114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      MICHAEL A. CATALDO2   on behalf of Debtor Leah A. Goodman ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2   on behalf of Debtor Leah A. Goodman ecf@ccpclaw.com,  igotnotices@ccpclaw.com
      PEARL  PHAM   on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
      REBECCA ANN SOLARZ   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Leah A. Goodman : Case No. 18–17971–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , January 23, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

43
Form 195